**WILLIAM D. DAVAS**          *          NO. 2023-CA-0090

**VERSUS**          *          **COURT OF APPEAL**

**LYNDON SAIA**          *          **FOURTH CIRCUIT**

          *          **STATE OF LOUISIANA**

          *

          *
**\* \* \* \* \* \* \***

*RDJ*  **JOHNSON, J., CONCURS IN THE RESULT.**